IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01464

KYLE ACIERNO

    Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation
.

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Kyle Acierno.

DATED at Denver, CO this 27th day of June 2023.

    *s/ Iris Halpern*
    Rathod | Mohamedbhai LLC
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400 (t)
    (303) 578-4401 (f)
    ih@rmlawyers.com