**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01464-CNS-KAS

KYLE ACIERNO,

Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation,

Defendant.

**NOTICE OF ENTRY OF APPEARANCE OF JULIA A. PAIR**

Attorney Julia A. Pair of the law firm Bryan Cave Leighton Paisner LLP hereby certifies that she is a member in good standing of the bar of this Court and enters her appearance as counsel of record for Defendant ispace technologies U.S., inc., and requests notice of all court filings and communications via the CM/ECF system.

Respectfully submitted this 6th day of September, 2023.

*/s/ Julia A. Pair*
Julia A. Pair
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
Email:  Julia.pair@bclplaw.com

*Counsel for Defendant ispace technologies U.S., inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of September, 2023, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF JULIA A. PAIR** was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Julia A. Pair*