**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-01464-CNS-KAS

KYLE ACIERNO,

Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation,

Defendant.

### NOTICE OF ENTRY OF APPEARANCE OF AMANDA COLVIN

Attorney Amanda Colvin of the law firm Bryan Cave Leighton Paisner LLP hereby certifies that she is a member in good standing of the bar of this Court and enters her appearance as counsel of record for Defendant ispace technologies U.S., inc., and requests notice of all court filings and communications via the CM/ECF system.

Respectfully submitted this 6th day of September, 2023.

> */s/ Amanda E. Colvin*
> Amanda Colvin
> **BRYAN CAVE LEIGHTON PAISNER LLP**
> One Metropolitan Square
> 211 N. Broadway, Suite 3600
> St. Louis, Missouri 63102-2750
> Telephone: (314) 259-2000
> Facsimile: (314) 259-2020
> Email: Amanda.colvin@bclplaw.com
>
> *Counsel for Defendant ispace technologies U.S., inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of September, 2023, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF AMANDA COLVIN** was served on all counsel of record by operation of the Court's electronic filing system.

/s/ Amanda Colvin