**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01464-CNS-KAS

KYLE ACIERNO,

    Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation,

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ispace technologies U.S., inc. states that it is a wholly owned subsidiary of ispace, inc., which is a publicly-traded company listed on the Tokyo Stock Exchange.

Dated: September 7, 2023

    Respectfully submitted,

*s/ Julia A. Pair*_____
Amanda E. Colvin
Julia A. Pair
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone: (314) 259-2000
Fax: (314) 259-2020
amanda.colvin@bclplaw.com
julia.pair@bclplaw.com

[*Signatures continue on following page*.]

1

2

          L. Anthony George
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203
Phone: (303) 861-7000
Fax:     (303) 866-0200
anthony.george@bclplaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2023, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was served via CM/ECF on the following:

Siddhartha H. Rathod
Azra B. Taslimi
Iris Halpern
Rathod Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205

*Attorneys for Plaintiff*

          *s/ Julia A. Pair*_____