IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01464-CNS-KAS

KYLE ACIERNO,

    Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation,

    Defendant.

_____

**PRE-SCHEDULING CONFERENCE ORDER**
_____

    In anticipation of the Scheduling Conference in this case,

    IT IS HEREBY **ORDERED** as follows:

1. The parties shall adhere to the Sedona Principles regarding disputes relating to electronic discovery. See www.thesedonaconference.org.

2. The discovery cut-off date is the deadline for completing discovery *and* the deadline for making discovery motions.

3. The parties shall file a proposed Order under F.R.E 502(d) on or before 14 days after the Scheduling Conference.

4. In cases NOT assigned to Magistrate Judge Starnella on consent of the parties, the parties shall file a joint settlement status report explaining in detail their efforts to settle the case on or before 14 days after the close of discovery. The Joint Settlement Status report *shall* include the following information: (a) the names of all persons involved in settlement negotiations, including attorneys, parties and party representatives; (b) whether any written settlement demands have been made and, if so, when; (c) whether any written settlement offers have been made and, if so, when; and (d) an explanation of any unusual impediments to settlement and how the parties intend to overcome them.

5. All discovery motions shall be made in compliance with Magistrate Judge Starnella's Discovery Dispute Hearing Procedures. See www.cod.uscourts.gov.

6.  Failure to comply with this Order may result in the imposition of sanctions.

Dated: September 11, 2023

BY THE COURT:

Kathryn A Starnella
United States Magistrate Judge