IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01464-CNS-KLM | Date:   September 18, 2023 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom C204 |

*Parties:*

KYLE ACIERNO,

　Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC.,

　Defendant.

*Counsel:*

Azra Taslimi
Siddartha Rathod

Amanda Colvin
Julia Pair

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:30 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Counsel shall jointly email Judge Sweeney's chambers within 24 hours of the scheduling conference to obtain a date for a Final Pretrial Conference.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **November 8, 2023.**

Discovery Cut-off: **April 1, 2024.**

Dispositive Motions Deadline: **May 1, 2024.**

Each side shall be limited to **two (2)** affirmative retained expert witnesses, absent further leave of Court.

Parties shall designate affirmative experts on or before **February 1, 2024.**

Parties shall designate rebuttal experts on or before **March 4, 2024.**

Each side shall be limited to **ten (10)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of Court.

Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

**STATUS CONFERENCE** is set **December 18, 2023 at 11:00 a.m.** before Magistrate Judge Starnella, 1929 Stout St., Courtroom C204, Denver, CO.

**Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

The Court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on September 18, 2023.

Hearing concluded.
**Court in recess:**     9:42 a.m.
Total time in court:     00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.