IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1464

KYLE ACIERNO

    Plaintiff,

v.

ISPACE TECHNOLOGIES U.S. INC., a foreign corporation
.

    Defendant.

**JOINT STIPULATION**

The Parties jointly file this Stipulation to advise the court that Plaintiff will Amend his Complaint to remove his fifth claim and Defendant withdraws its Motion to Dismiss. In support thereof, the Parties allege as follows:

1. Plaintiff filed their Complaint and Jury Demand on June 9, 2023 (ECF No. 1).

2. On September 7, 2023, Defendant filed their Motion to Dismiss Plaintiff's Fifth Claim (ECF No. 16) as well as their Answer to the Complaint (ECF No. 17).

3. Pursuant to Judge Sweeney's Practice Standards, the parties are required to meet and confer prior to the filing of a motion to dismiss under Rule 12(b).

4. Defendant filed their Motion to Dismiss without a conferral with Plaintiff's counsel.

5. The Parties have now conferred regarding Defendant's Motion to Dismiss, with the conferral having taken place on September 25, 2023.

6. After having conferred, Plaintiff has agreed to file an Amended Complaint removing the fifth claim, for breach of contract, pursuant to Fed. R. Civ. P. 15(a)(1)(B).

7. In light of Plaintiff's agreement to withdraw his fifth claim, Defendant withdraw its Motion to Dismiss.

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that Plaintiff will file their Notice of Filing along with their Amended Complaint and Defendant withdraws its Motion to Dismiss.

Respectfully submitted on September 28, 2023.

/s/ Azra Taslimi
Azra Taslimi
Siddhartha Rathod
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Ste. 100
Denver, Colorado 80205
at@rmlawyers.com
sr@rmlawyers.com

/s/ Amanda Colvin
Amanda Colvin
Julia Pair
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63108
Phone: (314) 259-2000
Fax: (314) 259-2020
Amanda.colvin@bclplaw.com
Julia.pair@bclplaw.com

L. Anthony George
Bryan Cave Leighton Paisner LLP

2

1700 Lincoln Street, Suite 4100
Denver, CO 80203
Phone: (303) 861-7000
Fax: (303) 866-0200
Anthony.george@bclplaw.com